UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SAHIB SINGH ARORA, M.D., <br><br> Plaintiff, <br><br> v. <br><br> BRADLEY T. SMITH, <br> IN HIS OFFICIAL CAPACITY, *et al.*, <br><br> Defendants. | Case No.1:26-cv-0457 |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned attorney, Pardis Gheibi, United States Department of Justice, Civil Division, Federal Programs Branch, enters her appearance in the above-captioned case on behalf of the Defendants.[1]

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

STEPHEN M. ELLIOTT
Assistant Branch Director

*/s/ Pardis Gheibi*
PARDIS GHEIBI (D.C. Bar No. 90004767)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov
*Attorney for the Defendants*

---

[1] Pursuant to Fed. R. Civ. P. 25(d), the Defendants automatically substitute Scott Bessent, the Secretary of the U.S. Department of the Treasury, for Janet L. Yellen.