UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION


SAHIB SINGH ARORA, M.D.,


Plaintiff,                                    Civil Action No. 1:26-CV-00457-VMC


v.


BRADLEY T. SMITH, et al.,


Defendants.


Civil Action No. [Insert Case Number]


DECLARATION OF SERVICE


I, John F. Beard III, Esq., declare under penalty of perjury pursuant to 28 U.S.C. § 1746:


1. I am counsel of record for Plaintiff Sahib Singh Arora, M.D.

2. On February 13, 2026, I caused true and correct copies of the following documents to be served by certified mail, return receipt requested, on each of the following:

- Summons in a Civil Action

- Complaint for Declaratory and Injunctive Relief

- Plaintiff's Motion for Stay of Enforcement Pending Judicial Review and/or Preliminary Injunction

- Declaration of Sahib Singh Arora, M.D.

- [Any other exhibits you attached]

3. The packages were mailed to the following four addresses:

1. Bradley T. Smith, Director, Office of Foreign Assets Control

   U.S. Department of the Treasury

   1500 Pennsylvania Avenue, NW

   Washington, DC 20220

2. Janet L. Yellen, Secretary of the Treasury

   U.S. Department of the Treasury

   1500 Pennsylvania Avenue, NW

   Washington, DC 20220

3. United States Attorney for the Northern District of Georgia

75 Ted Turner Drive, SW, Suite 600

Atlanta, GA 30303-3309


4. Merrick B. Garland, Attorney General of the United States

U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington, DC 20530-0001


4. Attached as Exhibit A are copies of the certified mail receipts and return receipts (green cards) once received.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on this 10th day of March, 2026, in Alpharetta, Georgia.


_John F Beard III_____

John F. Beard III, Esq.


Beard Law Firm
5000 McGinnis Ferry Road
Alpharetta, GA 30005
678-825-4118